DORLISCA M. VAN ALSTINE, as Executrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued October 26, 1886; decided November 23, 1886.)

*C. D. Prescott* for appellant.

*D. S. Morrel* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

----

In the Matter of the Judicial Settlement of the Accounts of JOHN HOHMAN et al., Executors, etc.

(Argued October 28, 1886; decided November 23, 1886.)

*Richard W. McIncrow* for appellants.

*F. J. Fincke* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.